**Order entered December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01312-CV

### CHAN PAK, Appellant

### V.

### AD VILLARAI, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06030**

## ORDER

We **DENY** as moot appellant's October 14, 2014 motion for an extension of time to file a notice of appeal.

/s/     ELIZABETH LANG-MIERS
JUSTICE